UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>         Plaintiff,                              )<br>                                                          )<br> v.                                                    )<br>                                                          )<br> MARIA DE LOS ANGELES GUZMAN, )<br>                                                          )<br>         Defendant.                          )<br>_____) | Case No. 08mj0266 |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  January 31, 2008                                */s/ John C. Ellis, Jr.*
                                                          JOHN C. ELLIS, JR.
                                                          Federal Defenders
                                                          225 Broadway, Suite 900
                                                          San Diego, CA 92101-5030
                                                          (619) 234-8467  (tel)
                                                          (619) 687-2666  (fax)
                                                          john_ellis@fd.org