2-1

1   KAREN P. HEWITT
    United States Attorney
2   JEFFREY D. MOORE
    Assistant United States Attorney
3   California State Bar No. 240595
    United States Attorney's Office
4   Federal Office Building
    880 Front Street, Room 6293
5   San Diego, California 92101
    Telephone: (619) 557-7171
6
7   Attorneys for Plaintiff
    UNITED STATES OF AMERICA

```
                              FILED
                           FEB 1 2 2008
                      CLERK, U.S. DISTRICT COURT
                   SOUTHERN DISTRICT OF CALIFORNIA
                   BY                        DEPUTY
```

8

9                    UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA    08cr346-JAH

11  UNITED STATES OF AMERICA,          )   Magistrate Case No. 08Mj0226
                                       )
12                  Plaintiff,         )
                                       )
13          v.                         )   **STIPULATION OF FACT AND JOINT**
                                       )   **MOTION FOR RELEASE OF**
14  MARIA DE LOS ANGELES GUZMAN (1),   )   **MATERIAL WITNESS(ES) AND**
                                       )   **ORDER THEREON**
15                  Defendant.         )
                                       )
16  _____)   **(Pre-Indictment Fast-Track Program)**

17       **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18  OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Jeffrey D.

19  Moore, Assistant United States Attorney, and defendant MARIA DE LOS ANGELES GUZMAN,

20  by and through and with the advice and consent of defense counsel, John C. Ellis, Jr., Federal

21  Defenders of San Diego, Inc., that:

22       1.      Defendant agrees to execute this stipulation on or before the first preliminary hearing

23  date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

24  intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

25  guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

26  of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii)

27  and (v)(II).

28  JDM:rp:1/31/08

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government not later than five business days before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **March 3, 2008**.

4.    The material witnesses, Jose Guadalupe De La Cruz-Salazar, Jose Avalos-Alvarez, maria Magdalena Castro-Vera and Hugo Soto-Vera, in this case:

    a.    Are aliens with no lawful right to enter or remain in the United States;

    b.    Entered or attempted to enter the United States illegally on or about January 28, 2008;

    c.    Were found in a vehicle driven by defendant near Campo, California and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d.    Were paying and or having others pay on their behalf unknown amounts-$2,000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e.    May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

5.    After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

Stipulation of Fact and Joint Motion for Release of Material Witness(es) And Order Thereon in United States v. Maria De Los Angeles Guzman (1)    2

08MJ0226

1  of (an) unavailable witness(es); and,

2        c.      Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

3  "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

4  and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

5  waives the right to confront and cross-examine the material witness(es) in this case.

6        6.      By signing this stipulation and joint motion, defendant certifies that defendant has

7  read it (or that it has been read to defendant in defendant's native language).  Defendant certifies

8  further that defendant has discussed the terms of this stipulation and joint motion with defense

9  counsel and fully understands its meaning and effect.

10       Based on the foregoing, the parties jointly move the stipulation into evidence and for the

11  immediate release and remand of the above-named material witness(es) to the Department of

12  Homeland Security for return to their country of origin.

13       It is STIPULATED AND AGREED this date.

14                                          Respectfully submitted,

15                                          KAREN P. HEWITT
                                            United States Attorney
16

17  Dated: 2/12/08 .

18                                          for JEFFREY D. MOORE
                                            Assistant United States Attorney
19
   Dated: 2/8/08 .
20
                                            JOHN C. ELLIS, JR.
21                                          Defense Counsel for Maria De Los Angeles Guzman

22  Dated: 2-8-08 .

23                                          MARIA DE LOS ANGELES GUZMAN
                                            Defendant
24

25

26

27

28
   Stipulation of Fact and Joint Motion for Release of
   Material Witness(es) And Order Thereon in
   United States v. Maria De Los Angeles Guzman (1)     3                    08MJ0226

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# O R D E R

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: _2/12/08_ .

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Maria De Los Angeles Guzman (1)    4

08MJ0226