UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                      Plaintiff                )    08CR 348 - JAH

                   vs.                )    CRIMINAL NO. 08mj266

                                     )    ORDER

MARIA DE LOS ANGELES GUZMAN,     )    RELEASING MATERIAL WITNESS

               Defendant(s)  Et Al  )    Booking No.
                                     )

**Leo S. Papas**

    On order of the United States District/Magistrate Judge,

    IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:    (Bond Posted / Case Disposed / Order of Court)

HUGO SOTO - VERA

DATED:  2/12/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** _____
          **DUSM**

                                 **OR**

               W. SAMUEL HAMRICK, JR.   Clerk
               by G. Daviee
                   **Deputy Clerk**