UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Mrcin De los Angeles Guzman, Et Al ) <br> ) <br> Defendant(s) ) | 08cR 348-JAH <br> CRIMINAL NO. 08mj266 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / (Order of Court).

Jose Avalos - Alvarez

DATED: 2/12/08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
    Deputy Clerk

J. Jarneck

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062